NEW JERSEY TURNPIKE AUTHORITY, PETITIONER-APPELLANT, v. TOWNSHIP OF WASHINGTON AND TOWNSHIP OF MANALAPAN, DEFENDANTS-RESPONDENTS.

Argued February 23, 1977—Decided May 11, 1977.

*Mr. Bernard M. Reilly* argued the cause for appellant (*Mr. Herbert J. Olarsch,* attorney).

*Mr. Henry F. Satterthwaite* argued the cause for respondent Township of Washington (*Messrs. Satterthwaite & Satterthwaite,* attorneys).

*Mr. Richard T. O'Connor* argued the cause for respondent Township of Manalapan (*Mr. Marvin E. Schaefer,* attorney; *Mr. W. Peter Ragan,* on the brief).

*Mr. Richard L. Rudin,* Deputy Attorney General, argued the cause for *Amicus Curiae, Mr. William F. Hyland,* Attorney General of New Jersey (*Mr. Stephen Skillman,* Assistant Attorney General, of counsel; *Mr. Stephen A. Herman,* Deputy Attorney General, on the brief).

PER CURIAM. In this appeal, which is before us on certification to the Appellate Division, 70 *N. J.* 151 (1976), the judgment is affirmed for the reasons stated in Judge Kole's opinion for the Appellate Division. 137 *N. J. Super.* 543 (1975).

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.